132 So.2d 752

**Troy MALONE, alias Cox**

v.

**STATE of Alabama.**

**8 Div. 68.**

Supreme Court of Alabama.

June 29, 1961.

Rehearing Denied Sept. 21, 1961.

W. H. Quillin, Russellville, for petitioner.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Troy Malone for certiorari to the Court of Appeals to review and revise the judgment and decision in the case of Malone v. State, 132 So.2d 749.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

130 So.2d 361

**William MALONEY**

v.

**STATE.**

**8 Div. 70.**

Supreme Court of Alabama.

May 25, 1961.

Malone, Malone & Steele, Athens, and Jas. Tompkins, Tuscumbia, for petitioner.

MacDonald Gallion, Atty. Gen., and Robt. M. Hill, Jr., Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of William Maloney for certiorari to the Court of Appeals to review and revise the judgment and decision in Maloney v. State, 130 So.2d 359.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.